FILED

1   MICHAEL G. YODER (S.B. #83059)
    MOLLY J. MAGNUSON (S.B. #229444)
2   LENNIS N. COLLINS (S.B. #267519)
    O'MELVENY & MYERS LLP
3   610 Newport Center Drive, 17th Floor
    Newport Beach, California 92660-6429
4   Telephone:  (949) 760-9600
    Facsimile:  (949) 823-6994
5   Email:    myoder@omm.com
    Email:    mmagnuson@omm.com
6   Email:    lcollins@omm.com

7

8   Attorneys for Plaintiff
    QS WHOLESALE, INC.

9

2012 MAR 21  PM 4: 08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

|  |  |
|---|---|
| QS WHOLESALE, INC., a California Corporation, | Case No. SACV12-00451 DOC (RNBx) |
| Plaintiff, | **COMPLAINT FOR DECLARATORY RELIEF** |
| v. | |
| WORLD MARKETING, INC., a New Jersey Corporation, | |
| Defendants. | |

Plaintiff QS WHOLESALE, INC. ("Quiksilver"), for its complaint against

Defendant WORLD MARKETING, INC. ("WMI"), alleges as follows:

## NATURE OF THE ACTION AND RELIEF SOUGHT

1.      This action seeks a court declaration that Quiksilver's use and

intended use of the mark VSTR in connection with the sale of clothing,

accessories, footwear, headwear, bags, and the provision of retail store services

COMPLAINT FOR DECLARATORY
RELIEF

OMM_US:70646455

does not infringe on or dilute any valid and protectable trademark owned by WMI, nor does it constitute unfair competition or false designation of origin.

## JURISDICTION AND VENUE

2. This is an action for declaratory relief brought under 28 U.S.C. §§ 2201 and 2202, and under the Lanham Act, 15 U.S.C. §§ 1114(1)(a), 1125(a) and 1125(c). This Court has federal question jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because WMI does business in this district and a substantial part of the events giving rise to this litigation occurred in this district, including the marketing and sale of the allegedly infringing products.

4. This Court has personal jurisdiction over WMI because it does business in and throughout the State of California and therefore has purposefully availed itself of the laws of the state in which this judicial district sits.

## PARTIES

5. Quiksilver is a corporation organized and existing under the laws of the State of California, with its principal place of business at 15202 Graham Street, Huntington Beach, California 92649.

6. Quiksilver is informed and believes, and on that basis alleges, that WMI is a corporation organized and existing under the laws of the State of New Jersey with its principal place of business at 132 W. 36th St., 6th Floor North, New York, New York 10018. Quiksilver is informed and believes, and on that basis alleges, that WMI does business throughout the State of California.

COMPLAINT FOR DECLARATORY RELIEF

OMM_US:70646455

## COMMON ALLEGATIONS

### Quiksilver's Rights to the Trademark VSTR

7. Quiksilver is a leading branded-apparel company that manufactures and distributes—throughout the United States and internationally—a diverse line of apparel, fashion products and accessories under several different brand names, including its three flagship brands QUIKSILVER, ROXY and DC SHOES. Quiksilver is the owner of many federally-registered trademarks, trademark applications and common law trademarks—including 35 for the mark VSTR—and has spent significant time and expense developing goodwill in its trademarks.

8. Quiksilver's products are sold throughout the United States and around the world in retail stores operated by Quiksilver and its licensees, and in a wide range of retail channels, including department stores, sports stores, surf shops, skateboard shops, snowboard shops and via the Internet.

9. On November 15, 2011, the United States Patent and Trademark Office ("USPTO") issued a trademark registration for the mark VSTR for shirts in International Class 025. The original owner of that mark was Quiksilver Americas, Inc. Attached hereto as Exhibit 1, and incorporated by this reference, is a true and correct copy of Registration No. 4,057,724 for the mark VSTR.

10. Pending before the USPTO is Trademark Application Serial No. 85/100485, filed on August 4, 2010 by Quiksilver Americas, Inc., for the mark VSTR for belts, footwear, gloves, headwear, jackets, pants, shirts, shorts, socks, swimwear, and undergarments in International Class 025, and all-purpose carrying bags, backpacks, key cases, luggage, umbrellas, and wallets in International Class 018. Attached hereto as Exhibit 2, and incorporated by this reference, is a true and correct copy of Trademark Application Serial No. 85/100485.

11. Also pending before the USPTO is Trademark Application Serial No. 85/472288, filed on November 14, 2011 by Quiksilver Americas, Inc., for the mark VSTR for on-line retail store services featuring clothing, footwear, headgear,

- 3 -

OMM_US:70646455

1  bags, sporting goods and accessories thereof in International Class 035.  Attached

2  hereto as Exhibit 3, and incorporated by this reference, is a true and correct copy

3  of Trademark Application Serial No. 85/472288.

4       12.   On March 1, 2012, Quiksilver merged with Quiksilver Americas Inc.

5  and acquired all of its intellectual property rights, including Quiksilver Americas,

6  Inc.'s rights to the mark VSTR and any and all rights that may arise from the

7  pending applications and registrations.

8       13.   Quiksilver began selling and shipping VSTR branded shirts for resale

9  in June 2011.  Quiksilver has taken orders for its summer 2012 VSTR line, which

10  includes clothing, headwear, and bags, and the summer 2012 line will be shipped

11  to retailers on or about March 25, 2012.  Once shipped, these goods will only be

12  available for purchase at select specialty shops, select high-end department stores,

13  and select surf shops.  Additionally, beginning in May 2012, the products will be

14  available on vstr.com.

15  **WMI's Trademark**

16       14.   Quiksilver is informed and believes, and on that basis alleges, that

17  WMI claims to manufacture and/or distribute certain consumer goods, including

18  apparel, accessories, home goods and electronics.

19       15.   Quiksilver is informed and believes, and on that basis alleges, that

20  WMI claims ownership to a U.S. trademark registration for the mark "VISITOR,"

21  Registration No. 2,178,517.

22       16.   Quiksilver is informed and believes, and on that basis alleges, that

23  WMI has never used VSTR as a mark on any products it has sold.

24       17.   WMI first asserted that Quiksilver's use of its VSTR logo infringes

25  its VISITOR mark in a March 8, 2012 letter to Quiksilver.  Attached hereto as

26  Exhibit 4, and incorporated by this reference, is a true and correct copy of WMI's

27  March 8, 2012 letter to Quiksilver.

28

- 4 -

COMPLAINT FOR DECLARATORY
RELIEF

18.   In the March 8, 2012 letter, WMI demanded that Quiksilver: (1) cease and desist all use of the mark VSTR; (2) inform it of the revenues Quiksilver has received in the last 12 months in connection with its use of the mark VSTR; (3) destroy all remaining inventory bearing the mark VSTR; (4) withdraw, cancel and/or delete any corporate names, domain names, trademark applications, and/or trademark registrations for the mark VSTR; and (5) agree never to make use of the VSTR mark without prior authorization from WMI.  In this letter, WMI asserted that Quiksilver's use of the mark VSTR infringes WMI's trademark rights, and is deceptively similar to the mark VISITOR, among other assertions.  Quiksilver disputes each of these assertions.

19.   Quiksilver is not aware of any consumer confusion between any Quiksilver products that bear the VSTR mark and any WMI product that bears the VISITOR mark.  Indeed, Quiksilver has attempted to locate, both on-line and in retail stores such as Macy's, JCPenney, TJ Maxx and Marshall's, products being sold under the VISITOR brand and bearing the VISITOR mark but has not located any such products.  Quiksilver is informed and believes, and on that basis alleges, that WMI does not sell any VISITOR products through its website, visitor.net; however, Quiksilver has been able to locate a very limited number of VISITOR products offered for sale through overstock.com, which products are offered for sale to consumers throughout the State of California.

20.   Even if WMI were still using the VISITOR mark, Quiksilver's mark VSTR is not confusingly similar as it contains significant and obvious differences including: (1) the respective marks are spelled differently; (2) the two marks are pronounced differently as each individual letter of Quiksilver's mark is pronounced, i.e., V-S-T-R, whereas WMI's mark is pronounced as the word "visitor"; (3) the respective marks have different meanings; (4) Quiksilver's products prominently display the VSTR mark whereas WMI's products do not display the VISITOR mark; (5) products bearing the respective marks are targeted

- 5 -

COMPLAINT FOR DECLARATORY RELIEF

at different consumer groups; and (6) products bearing the respective marks are marketed and sold through different distribution channels.

21.     Quiksilver has no interest in creating any consumer confusion as to the source of Quiksilver's products that bear the mark VSTR and WMI's products that bear the mark VISITOR, and intends to continue to use its VSTR mark in a way that ensures that there is no possibility of such consumer confusion.

22.     Quiksilver, therefore, brings this action for a declaration by the Court that Quiksilver's use of the VSTR mark does not infringe or dilute any valid and protectable trademark owned by WMI, nor does it constitute unfair competition or false designation of origin.

## CLAIM FOR DECLARATORY RELIEF

23.     Quiksilver incorporates herein by reference each and every allegation contained in paragraphs 1-22 above with the same force and effect as if completely and fully set forth herein.

24.     By virtue of WMI's March 8, 2012 cease and desist letter, there is an actual and existing controversy between the parties in that WMI has demanded that Quiksilver cease manufacturing, distributing and selling products bearing the allegedly infringing mark VSTR. WMI contends that Quiksilver's use of the mark VSTR infringes WMI's mark VISITOR, among other contentions. Quiksilver disputes WMI's contentions, and contends, among other things, that its use and intended use of the mark VSTR does not infringe or dilute any of WMI's trademarks, nor does it constitute unfair competition, or false designation of origin.

25.     In light of such controversy between the parties, Quiksilver seeks a declaration from this Court that Quiksilver's use and intended use of the mark VSTR in connection with the sale of clothing, accessories, footwear, headwear, bags, and provision of retail store services does not: (1) infringe or dilute any of

- 6 -

COMPLAINT FOR DECLARATORY RELIEF

1  WMI's trademark registrations or any common law rights WMI may have accrued

2  through the use of the mark VISITOR; (2) violate Section 32 of the Lanham Act,

3  15 U.S.C. § 1114(1); (3) violate Section 43(a) of the Lanham Act, 15 U.S.C. §

4  1125(a); (4) violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(c); and/or

5  (5) violate any applicable common law or statutory unfair competition law.

6       26.    Such a declaration is necessary and proper at this time in that, among

7  other things, such a declaration will establish whether Quiksilver may continue to

8  use its mark VSTR on clothing, accessories, footwear, headwear, bags or other

9  products or services it is now providing, selling or designing for future sale.

10

11             **PRAYER FOR RELIEF**

12       WHEREFORE, Plaintiff Quiksilver prays for judgment against WMI as

13  follows:

14       1.     For a declaration that Quiksilver's use and intended use of its VSTR

15  mark in connection with the sale of clothing, accessories, footwear, headwear, bags,

16  and provision of retail store services does not:

17             a.  Infringe or dilute any of WMI's registered trademarks or any common

18                 law rights it might have accrued;

19             b.  Violate Section 32 of the Lanham Act, 15 U.S.C. § 1114(1)(a);

20             c.  Violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

21             d.  Violate Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c);

22             e.  Violate any applicable common law or statutory unfair competition

23                 law;

24       2.     For costs of suit incurred herein; and

25       3.     For such other and further relief as the Court may deem just and

26  proper.

27

28

COMPLAINT FOR DECLARATORY
RELIEF

OMM_US:70646455

1

DATED:      March 21, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MICHAEL G. YODER
MOLLY J. MAGNUSON
LENNIS N. COLLINS
O'MELVENY & MYERS LLP

By: _____
        Molly J. Magnuson
Attorneys for Plaintiff QS
WHOLESALE, INC.

- 8 -

COMPLAINT FOR DECLARATORY
RELIEF

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# VSTR

**Reg. No. 4,057,724**

**Registered Nov. 15, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

QUIKSILVER AMERICAS, INC. (CALIFORNIA CORPORATION)
15202 GRAHAM STREET
HUNTINGTON BEACH, CA 92649

FOR: SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-17-2011; IN COMMERCE 6-17-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-975,664, FILED 8-4-2010.

JESSICA FATHY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT 2

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85100485**
**Filing Date: 08/04/2010**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| \*MARK | VSTR |
| \*STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | VSTR |
| \*MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| \*OWNER OF MARK | Quiksilver Americas, Inc. |
| \*STREET | 15202 Graham Street |
| \*CITY | Huntington Beach |
| \*STATE (Required for U.S. applicants) | California |
| \*COUNTRY | United States |
| \*ZIP/POSTAL CODE (Required for U.S. applicants only) | 92649 |
| PHONE | (714)889-5542 |
| FAX | (714)889-5684 |

| **EMAIL ADDRESS** | trademarks□□uiksilver.com |
|---|---|

## LEGAL ENTITY INFORMATION

| *TYPE | C□RP□RATI□□ |
|---|---|
| *· STATE/COUNTRY OF INCORPORATION | California |

## GOODS AND/OR SER□ICES AND □ASIS INFORMATION

| *INTERNATIONAL CLASS | 018 |
|---|---|
| IDENTIFICATION | All-purpose carrying □ags□Backpacks□□ey cases□□uggage□Um□rellas□□ allets |
| *FILING □ASIS | SECTI□□ 1(□) |
| *INTERNATIONAL CLASS | 025 |
| IDENTIFICATION | Belts□Footwear□Gloves□Headwear□□ackets□ Pants□Shirts□Shorts□Socks□Swimwear□ Undergarments |
| *FILING □ASIS | SECTI□□ 1(□) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRA□S□ATI□□ (if applica□le) | |
|---|---|
| *TRA□S□ITERATI□□ (if applica□le) | |
| *C□AI□ E□ PRI□R REGISTRATI□□ (if applica□le) | |
| *C□□SE□T (□A□ E□□□E□□E□ESS) (if applica□le) | |
| *C□□CURRE□T USE C□AI□ (if applica□le) | |

## ATTORNEY INFORMATION

| NAME | □itch □ilstein |
|---|---|
| ATTORNEY DOCKET NUM□ER | 06□01US |
| FIRM NAME | Quiksilver, Inc. |
| INTERNAL ADDRESS | □egal □ept. |
| STREET | 15202 Graham Street |
| CITY | Huntington Beach |
| STATE | California |
| COUNTRY | United States |

| | |
|---|---|
| **ZIP/POSTAL CODE** | 92649 |
| **PHONE** | (714)889-5509 |
| **FAX** | (714)889-5684 |
| **EMAIL ADDRESS** | trademarks□ □uiksilver.com |
| **AUTHORIZED TO COMMUNICATE □IA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | □itch □ilstein |
| **FIRM NAME** | Quiksilver, Inc. |
| **INTERNAL ADDRESS** | □egal □ept. |
| *STREET | 15202 Graham Street |
| *CITY | Huntington Beach |
| *STATE<br>(Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 92649 |
| **PHONE** | (714)889-5509 |
| **FAX** | (714)889-5684 |
| *EMAIL ADDRESS | trademarks□ □uiksilver.com |
| *AUTHORIZED TO COMMUNICATE □IA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUM□ER OF CLASSES** | 2 |
| **FEE PER CLASS** | 275 |
| *TOTAL FEE PAID | 550 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | □□ n□ □ |
| * SIGNATORY□S NAME | □itch □ilstein |
| * SIGNATORY□S POSITION | VP, General Counsel Glo□al IP |
| * DATE SIGNED | 08□04□2010 |

PTO Form 1478 (Rev 9/2008)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 85100485
### Filing Date: 08/04/2010

## To the Commissioner for Trademarks:

**MARK:** VSTR (Standard Characters, see mark)
The literal element of the mark consists of VSTR.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Quiksilver Americas, Inc., a corporation of California, having an address of
    15202 Graham Street
    Huntington Beach, California 92649
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 018: All-purpose carrying bags; Backpacks; Key cases; Luggage; Umbrellas; Wallets
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 025: Belts; Footwear; Gloves; Headwear; Jackets; Pants; Shirts; Shorts; Socks; Swimwear; Undergarments
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Mitch Milstein of Quiksilver, Inc.
    Legal Dept.
    15202 Graham Street
    Huntington Beach, California 92649
    United States
The attorney docket/reference number is 06-01US.
The docket/reference number is 06-01US.

The applicant's current Correspondence Information:

Mitch Milstein

Quiksilver, Inc.

Legal Dept.

15202 Graham Street

Huntington Beach, California 92649

(714)889-5509(phone)

(714)889-5684(fax)

trademarks@quiksilver.com (authorized)

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /mn/   Date Signed: 08/04/2010
Signatory's Name: Mitch Milstein
Signatory's Position: VP, General Counsel Global IP

RAM Sale Number: 5647
RAM Accounting Date: 08/05/2010

Serial Number: 85100485
Internet Transmission Date: Wed Aug 04 20:14:09 EDT 2010
TEAS Stamp: USPTO/FTK-67.52.12.10-2010080420409202
54-85100485-47047æ8ed442eafe6e7f1fe1
8f25d0f-CC-5647-20100804200502916670

# VSTR

# EXHIBIT 3

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85472288**
**Filing Date: 11/14/2011**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | VSTR |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | VSTR |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Quiksilver Americas, Inc. |
| *STREET | 15202 Graham Street |
| *CITY | Huntington Beach |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 92649 |
| PHONE | (714)889-5542 |
| FAX | (714)889-5684 |

| EMAIL ADDRESS | trademarks☐ ☐uiksilver.com |
|---|---|

## LEGAL ENTITY INFORMATION

| *TYPE | C☐RP☐RATI☐☐ |
|---|---|
| * STATE/COUNTRY OF INCORPORATION | California |

## GOODS AND/OR SER☐ICES AND ☐ASIS INFORMATION

| *INTERNATIONAL CLASS | 0☐5 |
|---|---|
| IDENTIFICATION | ☐n-line retail store services featuring clothing, footwear, headgear, bags, sporting goods and accessories thereof☐ Retail store services featuring clothing, footwear, headgear, bags, sporting goods and accessories thereof |
| *FILING ☐ASIS | SECTI☐☐ 1(☐) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRA☐S☐ATI☐☐ (if applica☐le) | |
|---|---|
| *TRA☐S☐ITERATI☐☐ (if applica☐le) | |
| *C☐AI☐ E☐ PRI☐R REGISTRATI☐☐ (if applica☐le) | |
| *C☐☐SE☐T (☐A☐ E☐☐I☐E☐ESS) (if applica☐le) | |
| *C☐☐CURRE☐T USE C☐AI☐ (if applica☐le) | |

## ATTORNEY INFORMATION

| NAME | ☐itch ☐ilstein |
|---|---|
| ATTORNEY DOCKET NUM☐ER | 07027US |
| FIRM NAME | Quiksilver, Inc. |
| INTERNAL ADDRESS | Trademarks☐☐egal ☐ept. |
| STREET | 15202 Graham Street |
| CITY | Huntington Beach |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92649 |
| PHONE | (714)889-5509 |

| FAX | (714)889-5684 |
|---|---|
| EMAIL ADDRESS | trademarks□□uiksilver.com |
| AUTHORIZED TO COMMUNICATE □IA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | □itch □ilstein |
|---|---|
| FIRM NAME | Quiksilver, Inc. |
| INTERNAL ADDRESS | Trademarks□□egal □ept. |
| *STREET | 15202 Graham Street |
| *CITY | Huntington Beach |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 92649 |
| PHONE | (714)889-5509 |
| FAX | (714)889-5684 |
| *EMAIL ADDRESS | trademarks□□uiksilver.com |
| *AUTHORIZED TO COMMUNICATE □IA EMAIL | Yes |

## FEE INFORMATION

| NUM□ER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| * SIGNATURE | □□n□ □□ |
|---|---|
| * SIGNATORY□S NAME | □itch □ilstein |
| * SIGNATORY□S POSITION | VP □ General Counsel, Glo□al IP |
| * DATE SIGNED | 11□14□2011 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85472288**
**Filing Date: 11/14/2011**

## To the Commissioner for Trademarks:

**MARK:** VSTR (Standard Characters, see mark)
The literal element of the mark consists of VSTR.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Quiksilver Americas, Inc., a corporation of California, having an address of
    15202 Graham Street
    Huntington Beach, California 92649
    United States
re□uests registration of the trademark□service mark identified a□ove in the United States Patent and Trademark □ffice on the Principal Register esta□lished □y the Act of □uly 5, 1946 (15 U.S.C. Section 1051 et se□), as amended, for the following□

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 0□5□ □n-line retail store services featuring clothing, footwear, headgear, □ags, sporting goods and accessories thereof□Retail store services featuring clothing, footwear, headgear, □ags, sporting goods and accessories thereof
Intent to Use□The applicant has a □ona fide intention to use or use through the applicant□s related company or licensee the mark in commerce on or in connection with the identified goods and□or services. (15 U.S.C. Section 1051(□)).

The applicant□s current Attorney Information□
□itch □ilstein of Quiksilver, Inc.
    Trademarks□□egal □ept.
    15202 Graham Street
    Huntington Beach, California 92649
    United States
The attorney docket□reference num□er is 07027US.
The docket□reference num□er is 07027US.

The applicant□s current Correspondence Information□
    □itch □ilstein
    Quiksilver, Inc.
    Trademarks□□egal □ept.

15202 Graham Street
Huntington Beach, California 92649
(714)889-5509(phone)
(714)889-5684(fa□)
trademarks□□uiksilver.com (authorized)

A fee payment in the amount of □275 has □een su□mitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, □eing here□y warned that willful false statements and the like so made are punisha□le □y fine or imprisonment, or □oth, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may □eopardize the validity of the application or any resulting registration, declares that he□she is properly authorized to e□ecute this application on □ehalf of the applicant□he□she □elieves the applicant to □e the owner of the trademark□service mark sought to □e registered, or, if the application is □eing filed under 15 U.S.C. Section 1051(□), he□she □elieves applicant to □e entitled to use such mark in commerce□ to the □est of his□her knowledge and □elief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resem□lance thereto as to □e likely, when used on or in connection with the goods□services of such other person, to cause confusion, or to cause mistake, or to deceive□and that all statements made of his□her own knowledge are true□and that all statements made on information and □elief are □elieved to □e true.

Signature□□□n□□ □ate Signed□11□14□2011
Signatory□s □ame□□itch □ilstein
Signatory□s Position□□VP □ General Counsel, Glo□al IP

RA□ Sale □um□er□727□
RA□ Accounting □ate□11□15□2011

Serial □um□er□85472288
Internet Transmission □ate□□ on □ov 14 19□0□16 EST 2011
TEAS Stamp□USPT□□FT□-67.52.12□□0-2011111419□0166□0
979-85472288-480ed□57□86□d□□891□82□5□dda
□□9□5-CC-727□-20111114141558988249

# VSTR

# EXHIBIT 4



WORLD MARKETING, INC.

3/8/12

QuickSilver

    15202 Graham Street
    Huntington Beach, CA 92649
    USA

Dear Sirs and Mesdames:

    We are the owner of trademark registration no. 2178517 for VISITOR. Details of this registration are publicly available on line at USPTO.gov

    Widespread use of the VISITOR trademark has been made for men's and women's clothing, to the extent that this trademark has acquired an extensive reputation and goodwill. The VISITOR trademark is a well-known mark for all relevant purposes of trademark law.

    It has come to our attention that you are using a similar "vstr" trademark. This clearly will cause confusion with our mark . While the spelling may vary, the pronunciation and product categories to which it applies infringe our trademark rights.

    The vstr trademark is deceptively similar to our VISITOR trademark and constitutes a reproduction or imitation thereof.

    In the circumstances, your use of the vstr trademark infringes our registered and common law rights.

    Accordingly, we demand that you immediately:



WORLD MARKETING, INC.

1.   Cease all use of the trademark vstr;

2.   Inform us in writing of the revenues received by you in the past 12 months in connection with your use of the trademark vsr;

3.   Deliver-up for destruction all material to which the vstr trademark or any other mark confusingly or deceptively similar to our trademark has been applied; recal any product in the market that may bear such name.

4.   Withdraw, cancel and/or delete any corporate names, domain names, trademark applications and/or trademark registrations for or including the vstr trademark;

5.   Undertake, in writing, never in future to make any use of the vstr trademark without prior written authority from us, whether within any corporate name, trading name, trading style, and domain name or otherwise.

We await to hear from you by no later 10 business day's from receipt of this letter.

This is written without prejudice to our rights, all of which are hereby expressly reserved.

Yours faithfully,

Neil Mossberg

VP

World Marketing

132W. 36TH ST. 6TH FL. NORTH · NEW YORK, N.Y. 10018 · TEL: (212) 563.1663 · FAX: (212) 947.0284

world wide web: www.visitor.net · Email: visitor@visitor.net · 1 800 THE-WORM

Name & Address:
Michael G. Yoder (S.B. 83059)
Molly J. Magnuson (S.B. 229444)
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QS WHOLESALE, INC., a California Corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>WORLD MARKETING, INC., a New Jersey Corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV12-00451 DOC (RNBx)**<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Michael G. Yoder_____, whose address is _O'Melveny & Myers LLP, 610 Newport Ctr. Dr., 17th Floor, Newport Beach, CA 92660_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _03/21/2012_____          By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*