Neil K. Roman (admitted *pro hac vice* / nroman@cov.com)
Hope Hamilton (admitted *pro hac vice* / hhamilton@cov.com)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel.: (202) 662-6000 | Fax: (202) 662-6291

Clara J. Shin (SBN 214809 / cshin@cov.com)
Elizabeth Wang (SBN 261145 / lwang@cov.com)
Matthew D. Kellogg (SBN 280541 / mkellogg@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Tel.: (415) 591-6000 | Fax: (415) 591-6091

Attorneys for Defendant/Counterclaimant
WORLD MARKETING, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| QS WHOLESALE, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>WORLD MARKETING, INC.,<br><br>   Defendant. | Case No.: 8:12-cv-00451-DOC-RNB<br><br>Hon. David O. Carter<br><br>**WORLD MARKETING, INC.'S RESPONSE TO QUIKSILVER'S SUPPLEMENTAL BRIEF RE PUNITIVE DAMAGES** |
| WORLD MARKETING, INC.,<br><br>   Counterclaimant,<br><br>   v.<br><br>QS WHOLESALE, INC. and QUIKSILVER, INC.,<br><br>   Counterdefendants. | Pretrial Conference: July 9, 2013<br>Time:                     8:30 a.m.<br>Courtroom:           9D<br><br>Complaint Filed:   March 20, 2012<br>Trial Date:             July 9, 2013 |

1    Earlier today, Quiksilver served on World Marketing a "Supplemental Brief
2    re Punitive Damages re Motion for Judgment as a Matter of Law Pursuant to
3    Federal Rule of Civil Procedure 50." The brief was e-filed last night as a
4    supplement to Quiksilver's "motions" for judgment as a matter of law.

5    The availability of punitive damages has been the subject of voluminous
6    briefing, and the Court indicated on the record that it intended to wait before
7    issuing a final ruling. Given the amount of paper that has already been filed on
8    this issue, World Marketing does not intend to file a written response unless
9    requested by the Court.

July 19, 2013                          NEIL K. ROMAN
                                       COVINGTON & BURLING LLP


                                       By: /s/ *Neil K. Roman*
                                           Neil K. Roman
                                       Counsel for Defendant-Counterclaimant
                                       WORLD MARKETING INC.

WORLD MARKETING, INC.'S RESPONSE TO             1
QUIKSILVER'S SUPPLEMENTAL BRIEF RE PUNITIVE
DAMAGES
Case No.: 8:12-cv-00451-DOC-RNB

## CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2013, I filed the foregoing Response with the Court through the Court's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by the CM/ECF system at the time of filing constitutes automatic service of the Response on counsel of record who have consented to electronic service.

By: /s/ *Neil K. Roman*
Neil K. Roman
Attorneys for Defendant and Counterclaimant WORLD MARKETING INC.