1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| QS WHOLESALE, INC., | Case No.: 8:12-cv-00451-DOC-RNB |
| Plaintiff, | |
| v. | **ENTRY OF JUDGMENT [373]** |
| WORLD MARKETING, INC., | |
| Defendant. | |
| WORLD MARKETING, INC., | |
| Counterclaimant, | |
| v. | |
| QS WHOLESALE, INC. and QUICKSILVER, INC., | |
| Counterdefendants. | |

Pursuant to the Court's Order (Dkt. No. 359), IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment is entered in favor of Defendant-Counterclaimant World Marketing, Inc. ("World Marketing") and against Plaintiff-Counterdefendant QS Wholesale, Inc. and Counterdefendant Quiksilver, Inc. (collectively, "Quiksilver"), jointly and severally, in the following amounts:

   a. Actual damages in the amount of $125,000;

   b. Punitive damages in the amount of $375,000;

   c. Prejudgment interest in the amount of $18,383.75;

   d. Attorneys' fees in the amount of $1,826,035.40;

   e. Non-taxable costs in the amount of $197,833; and

   f. Taxable costs in the amount of $49,682.32, as set out in World Marketing's Notice of Resubmission of Application to the Clerk to Tax Costs and Proposed Bill of Costs (Dkt. No. 365).

2. Quiksilver, its agents, servants, employees, attorneys, and all persons in active concert or participation with them are hereby permanently enjoined and restrained from using or seeking to register VSTR or VISITOR, or any other mark confusingly or deceptively similar to World Marketing's VISITOR mark, in connection with clothing and apparel, including shirts, blouses, pants, suits, sports jackets, vests, shorts, T-shirts, and outerwear.

3. Quiksilver's claim for a Declaration of Non-Infringement is dismissed with prejudice.

4. The Court retains jurisdiction over any matter pertaining to this judgment.

DATED: March 5, 2014

_____
Hon. David O. Carter
United States District Judge